AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Voorhees, Richard L. | 2. Court or Organization  District Court-Western District of North Carolina | 3. Date of Report  04/17/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U. S. District Senior Judge- | 5a. Report Type (check appropriate type)  ☐ Nomination   Date  ☐ Initial   ☑ Annual   ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

Charles R. Jonas Federal Building
401 West Trade Street
Suite 250
Charlotte, North Carolina 28202

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Voorhees, Richard L. | 04/17/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | The Carrie E. and Lena V. Glenn Foundation, Inc.-Salary (January 1 through June 30, 2017) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Voorhees, Richard L. | 04/17/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Voorhees, Richard L. | 04/17/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Vanguard Group Individual Investments | | | | | | | | | |
| 2. (a) Vanguard Prime Money Market Fund | A | Dividend | J | T | Buy | 01/17/17 | J | | See Section VIII |
| 3. | | | | | Buy (add'l) | 01/10/17 | J | | See Section VIII |
| 4. | | | | | Sold (part) | 06/05/17 | J | | See Section VIII |
| 5. (b) Vanguard Windsor II Fund | A | Dividend | J | T | | | | | |
| 6. Vanguard Group-R/O-IRA I (s) | | | | | | | | | |
| 7. (a) Windsor II Fund Admiral Shares | B | Dividend | J | T | | | | | |
| 8. (b) US Growth Fund Investor Shares | A | Dividend | K | T | Buy (add'l) | 02/08/17 | K | | |
| 9. (c) Total Stock Market Index Admiral Shares | A | Dividend | K | T | | | | | |
| 10. (d) 500 Index Fund Admiral Shares | A | Dividend | K | T | | | | | |
| 11. (e) Prime Money Market Fund | A | Dividend | K | T | Sold (part) | 02/08/17 | K | A | |
| 12. Vanguard Group-Rollover IRA II (s) | | | | | | | | | |
| 13. (a) Prime Money Market Fund | A | Dividend | K | T | | | | | |
| 14. (b) International Growth Fund Investor Shares | A | Dividend | K | T | | | | | |
| 15. (c) International Value Fund Investor Shares | A | Dividend | J | T | Sold (part) | 01/10/17 | J | A | |
| 16. (d) Emerging Market Stock Index Fund Admiral Shares | A | Dividend | J | T | | | | | |
| 17. Vanguard Group-Traditional IRA'S | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Voorhees, Richard L. | 04/17/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. (a) Capital Opportunity Admiral Shares | A | Dividend | L | T | | | | | |
| 19. (b) Strategic Equity Fund | A | Dividend | K | T | | | | | |
| 20. (c) REIT Index Fund-Admiral Shares | A | Distribution | K | T | | | | | |
| 21. (d) Wellington | C | Dividend | M | T | Buy (add'l) | 02/27/17 | J | | |
| 22. (e) Prime Money Market Fund | A | Dividend | J | T | | | | | |
| 23. Wells Fargo (Common Stock) | A | Dividend | J | T | | | | | |
| 24. Mountain Federal Credit Union (Checking & Savings) | A | Interest | J | T | | | | | |
| 25. Vanguard Prime Money Market Fund | A | Dividend | J | T | Sold (part) | 02/27/17 | J | A | |
| 26. Vanguard R/O-IRA | | | | | | | | | |
| 27. (a) Vanguard Balanced Index Fund Admiral Shares R/O IRA | A | Dividend | K | T | | | | | |
| 28. (b) Vanguard GNMA Fund R/O IRA Investor Shares | A | Dividend | K | T | | | | | |
| 29. (c) Vanguard Prime Money Market R/O IRA | A | Dividend | J | T | | | | | |
| 30. (d) Vanguard Total Stock Market Ind. Fund R/O IRA Admiral Shares | A | Dividend | L | T | | | | | |
| 31. (e) Vanguard Wellington Fund R/O IRA Investor Shares | B | Dividend | K | T | | | | | |
| 32. Vanguard Wellington Fund Non-R/O IRA Investor Shares | B | Dividend | K | T | Sold (part) | 02/24/17 | J | A | See Sectin VIII |
| 33. Southern Company | A | Dividend | J | T | | | | | |
| 34. Government Properties Income Trust | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Voorhees, Richard L. | 04/17/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Fidelity Government Cash Reserves | A | Dividend | J | T | Buy | 01/16/17 | J | | See Section VIII |
| 36. Fidelity Equity-Income Fund | D | Dividend | M | T | | | | | |
| 37. Fidelity Investment Co., IRA Traditional Individual Assets | | | | | | | | | |
| 38. (a) Wells Fargo Core Account (Formerly RBS Citizens Deposit Account) | A | Dividend | J | T | | | | | |
| 39. (b) Fidelity Floating Bond | B | Dividend | L | T | Sold (part) | 01/16/17 | J | A | See Section VIII |
| 40. (c) Fidelity Total Bond | B | Dividend | L | T | Sold (part) | 01/16/17 | J | A | See Section VIII |
| 41. (d) Fidelity Strategic Bond | B | Dividend | L | T | Sold (part) | 01/16/17 | J | A | See Section VIII |
| 42. Wells Fargo (Checking Account) | D | Interest | J | T | | | | | |
| 43. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Voorhees, Richard L. | 04/17/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

A. Part VII-Lines 2 & 3, the Vanguard Prime Money Market Fund under the Vanguard Group Individual Investment (Line 1) account receives funds on the 17th of every month transferred from a checking account; same account received minimum distribution, 1/10/17.

B. Part VII-Line 2, sold portions on various dates throughout the year, starting on 6/5/17 & last date on 12/22/17.

C. Part VII-Line 35, Fidelity GOvernment Cash Reserves account receives funds drafted on the 15th of each month from Wells Fargo checking account to buy (Line 43)

D. Part VII-Lines 31,39,40 and 41, portions sold to pay required minimum distribution amounts.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Richard L. Voorhees**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544